# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FOTOHAUS, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-2049-S-BN |
| ADVANCED PLAN FOR HEALTH, LLC, et al. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 21]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 30, 2021.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**

1